792 A.2d 410

IN THE MATTER OF DAVID S. BRANTLEY, AN ATTORNEY
AT LAW (ATTORNEY NO. 235381970).

March 21, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–331, recommending that **DAVID S. BRANTLEY** of **EAST ORANGE,** who was admitted to the bar of this State in 1970, be disbarred for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate), *RPC* 1.5 (failure to communicate basis of fee in writing), *RPC* 1.16(d) (failure to return unearned retainer), and *RPC* 8.1(b) (failure to cooperate with ethics authorities), and said **DAVID S. BRANTLEY** having been ordered to show cause why he should not be disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **DAVID S. BRANTLEY** is suspended from the practice of law for a period of two years and until the further Order of the Court, effective April 15, 2002; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.